

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KINGSAIRE, INC. d/b/a KINGS AIRE, INC., | § | No. 08-11-00372-CV |
| | § | |
| Appellant, | | On Appeal from the |
| | § | |
| v. | | 327th District Court |
| | § | |
| JORGE MELENDEZ, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (Cause No. 2009-4709) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF NOVEMBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.